■ In the Matter of Richard Kranis, a Disbarred Attorney. [648 NYS2d 491] —Motion for renewal, reconsideration, rehearing

and reargument denied in its entirety. No opinion. Concur— Sullivan, J. P., Ellerin, Kupferman, Ross and Tom, JJ.